## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 699
:
   ORDER ADOPTING RULE : CIVIL PROCEDURAL RULES
   1065.1 OF THE PENNSYLVANIA :
   RULES OF CIVIL PROCEDURE : DOCKET
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2019, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 48 Pa.B 7624 (December 15, 2018):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1065.1 of the Pennsylvania Rules of Civil Procedure is adopted in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective June 19, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.